# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1798
_____

KYNORRI AKEAL MORRIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

_____

May 16, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kynorri Akeal Morris, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.